UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

Civil Action No.: 1:20-cv-11489-LTS

| | |
|---|---|
| **YURI Y. CABALLERO,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **OCEANS FLEET FISHERIES, INC.,** | ) |
| **BLUE HARVEST FISHERIES, INC.,** | ) |
| **And OCEAN GOLD, INC.,** | ) |
|     **Defendants.** | ) |

**CORPORATE DISCLOSURE STATEMENT OF OCEAN GOLD, INC.**

NOW COMES defendant, Ocean Gold, Inc., in accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3 and states that it has no parent corporation and no publicly held corporation owns 10% or more of its stock.

> For the Defendant,
> **Ocean Gold, Inc.,**
> By its attorneys,
>
> **REGAN & KIELY LLP**
>
> /s/ Francis G. McSweeney
> Joseph A. Regan, Esq. (BBO #543504)
> Francis G. McSweeney, Esq. (BBO #682922)
> 40 Willard Street, Suite 304
> Quincy, MA  02169
> (617)723-0901
> (617)723-0977 *facsimile*
> jar@regankiely.com
> fgm@regankiely.com

Dated: December 4, 2020

1

## **CERTIFICATE OF SERVICE**

      I, Francis G. McSweeney, hereby certify that the foregoing document, filed through the ECF system, will be sent electronically to all registered participants as identified on the Notice of Electric Filing, and paper copies will be sent to those indicated as non-registered participants, on December 4, 2020.

                                              /s/ Francis G. McSweeney