| | |
|---|---|
| **From:** | Francis G. McSweeney |
| **To:** | "Brian Keane" |
| **Subject:** | RE: Caballer v. Ocean Fleet Fisheries, 20-cv-11489 |
| **Date:** | Wednesday, May 12, 2021 9:58:00 AM |

Yes. Let's plan on talking at 3.

**From:** Brian Keane <Bkeane@KeaneLawGroup.com>
**Sent:** Wednesday, May 12, 2021 8:53 AM
**To:** Francis G. McSweeney <fgm@regankiely.com>
**Subject:** RE: Caballer v. Ocean Fleet Fisheries, 20-cv-11489

Hi Frank.

I am available this afternoon to speak.

Sorry for the delay with regard to responses.

I have a deposition beginning at 10:00 that should take 2.5 hours. Are you available at 3:00?

Brian



**From:** Francis G. McSweeney <fgm@regankiely.com>
**Sent:** Tuesday, May 11, 2021 1:45 PM
**To:** Brian Keane <Bkeane@KeaneLawGroup.com>
**Subject:** Caballer v. Ocean Fleet Fisheries, 20-cv-11489

Hi Brian,

Buddy has tasked me with moving to compel responses to our requests for production of documents. In accordance with Local Rules 7.1 and 37.1, please let me know when you are available for a telephone conference to attempt to resolve any outstanding disputes.

Best regards,

Francis G. McSweeney, Esq.
REGAN & KIELY LLP
40 Willard Street, Suite 304

Quincy, MA  02169
(617) 723-0901
(617) 723-0977 (*Facsimile*)
fgm@regankiely.com

NOTICE:  This communication, together with any attachments hereto or links contained herein, is for the sole use of the intended recipient(s) and may contain information that is confidential or legally protected.  If you are not the intended recipient, you are hereby notified that any review, disclosure, copying, dissemination, distribution or use of this communication is STRICTLY PROHIBITED.  If you have received this communication in error, please notify the sender immediately by return email and delete the original and all copies of the communication, along with any attachments hereto or links herein, from your system.