IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| YURI Y. CABALLERO, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 1:20-cv-11489-LTS |
| OCEANS FLEET FISHERIES, INC., BLUE HARVEST FISHERIES, LLC, and OCEAN GOLD, INC., | § § § § § | |
| Defendants. | § § | |

**JOINT MOTION TO EXTEND DEADLINES BY 120 DAYS**

NOW INTO COURT, through undersigned counsel, come Ocean Gold, Inc. and Yuri Y. Caballero ("Caballero") (collectively referred to hereinafter as "the Parties") respectfully request that the deadlines outlined in the December 15, 2020 Scheduling Order (Doc. 13) be extended by 120 days.

The undersigned counsel have strived to conduct discovery in accordance with the Court's scheduling order (Doc. 13). Nonetheless, discovery in this case is still ongoing and the parties need to take depositions. Additionally, counsel for Caballero recently learned that his retained liability expert, John Pierce, died unexpectedly in late August. Consequently, Caballero will require additional time to vet and secure a new liability expert. That process will require relief from the current pre-trial deadlines. In light of the foregoing, the parties jointly request that this Court grant a continuance of the pre-trial deadlines, including discovery and expert deadlines, for 120 days.

WHEREFORE, given that discovery in this case is ongoing and the unexpected passing of Caballero's liability expert, the parties jointly request that after due consideration, this Honorable Court extend the discovery deadlines outlined in the December 15, 2020 Scheduling Order (Doc 13) for a period of 120 days or to a date convenient to the Court.

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Joseph McGowin*
CAJ BOATRIGHT – *Pro Hac Vice*
ROLAND CHRISTENSEN – *Pro Hac Vice*
JOSEPH MCGOWIN – *Pro Hac Vice*
6009 Memorial Drive
Houston, Texas 77007
Tel.: 713.222.3800 / Fax: 713.222.3850
cboatright@arnolditkin.com
rchristensen@arnolditkin.com
jmcgowin@arnolditkin.com

-and-

**KEANE LAW GROUP, P.C.**

*/s/ Brian Keane*
BRIAN KEANE, BBO #656717
110 K Street, Suite 330
Boston, MA 02127
Tel.: 617-313-2900
*Counsel for Yuri Y. Caballero*

**REGAN & KIELY LLP**

*/s/ Francis McSweeney (with permission)*
JOSEPH A. REGAN (BBO #543504)
FRANCIS G. MCSWEENEY (BBO #682922)
40 Willard Street, Suite 304
Quincy, MA 02169
Tel.: 617-723-0901 / Fax: 617-723-0977
jar@regankiely.com
fgm@regankiely.com
*Counsel for Defendant Ocean Gold, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned counsel of record for Yuri Y. Caballero, do hereby certify that I have this day served the above and foregoing on all counsel of record via ECF document filing system and email, this 1st day of October, 2021.

*/s/ Joseph McGowin*
Joseph McGowin
